(Docket No. 12)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

_____ :
TRACY GARDENSHIRE,                  :
                                    :
            Plaintiff,              :   Civil No. 06-1188 (RBK)
                                    :
       v.                           :   **ORDER**
                                    :
COMMISSIONER OF SOCIAL              :
SECURITY,                           :
                                    :
            Defendant.              :
_____ :

This matter comes before the Court upon motion by counsel for Plaintiff Tracy E. Gardenshire ("Gardenshire") for costs and attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412; and the Court having considered the moving papers and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY **ORDERED** that Gardenshire's motion for attorney's fees and costs in the amount of $4,810.75 is **GRANTED**;

IT IS FURTHER **ORDERED** that these fees and costs be payable directly to Gardenshire, and not to her counsel, pursuant to the language of the EAJA.


Dated: 6/25/2007                    s/Robert B. Kugler
                                    ROBERT B. KUGLER
                                    United States District Judge